

# Fourth Court of Appeals
## San Antonio, Texas

May 29, 2015

No. 04-15-00275-CV

**IN RE HIGH PERFORMANCE ROPES OF AMERICA, INC.;**

Copper Clad, S.A. de C.V.; Luis Angel Alvarez Bilbao; Jose Ramon Alvarez Bilbao;
Luis Enrique Alvarez Saiz; Eduardo Alvarez Saiz; Pablo Alvarez Saiz;
and Alumoclad de Mexico, S.A. de C.V.

Original Mandamus Proceeding[1]

**ORDER**

Sitting:  Sandee Bryan Marion, Chief Justice
     Karen Angelini, Justice
     Rebeca C. Martinez, Justice

On May 4, 2015, relators filed a petition for writ of mandamus. The court has considered relators' petition and is of the opinion that relators are not entitled to the relief sought. Accordingly, the petition for writ of mandamus is DENIED. *See* TEX. R. APP. P. 52.8(a). The court's opinion will issue at a later date.

It is so **ORDERED** on May 29, 2015.

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 29th day of May, 2015.

_____
Keith E. Hottle
Clerk of Court

---

[1] This proceeding arises out of Cause No. 2013-CVF-001798 D4, styled *CBI Logistics Services L.L.C. and Caballero Brokers, Inc. v. High Performance Ropes of America, Inc.; Copper Clad, S.A. de C.V.; Luis Angel Alvarez Bilbao; Jose Ramon Alvarez Bilbao; Luis Enrique Alvarez Saiz; Eduardo Alvarez Saiz; Pablo Alvarez Saiz; Alumoclad de Mexico, S.A. de C.V. and E M Cable International, S.A.de C.V.*, pending in the 406th Judicial District Court, Webb County, Texas, the Honorable Oscar J. Hale Jr. presiding.